### Commonwealth *v.* Alego, Appellant.

Submitted November 8, 1971.

*John P. Liekar,* Public Defender, for appellant; *George E. Anthou,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Argentina, Appellant.

Submitted November 8, 1971. *Anthony D. Argentina,* appellant, in propria persona; *John N. Scales,* District Attorney, for Commonwealth, appellee.

Order affirmed.